■ JACK YARMOVE, Respondent, v. COMMERCIAL DECAL, INC., Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of EDWARD P. HEATER, Petitioner, against MAYOR OF THE CITY OF NEW YORK, as Chairman of the New York City Employees' Retirement System, et al., Respondents.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ SELMA SHAPIRO, Appellant, v. MATTIE E. WATKINS, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of L & L LOUNGE, INC., Petitioner, against THOMAS E. ROHAN et al., Constituting the New York State Liquor Authority, Respondents.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.